UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

---

JEFF T KEISACKER,

                Plaintiff,

vs.

HOLLOWAY CREDIT SOLUTIONS, LLC,

                Defendant.

---

Civil Action No.:
1:15-cv-00326-N

NOTICE OF VOLUNTARY
DISMISSAL WITH PREJUDICE

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff, Jeff T Keisacker, through his counsel, hereby gives notice that the above captioned action has been settled and is voluntarily dismissed with prejudice against the Defendant, Holloway Credit Solutions, LLC.

Dated:      August 25, 2015

Respectfully submitted,

By: /s/ Curtis R. Hussey_____
Curtis R. Hussey (HUSSC7684)
Hussey Law Firm, LLC
P.O. Box 1896
Fairhope, Alabama 36532-1896
Tel: (251) 928-1423
Email: gulfcoastadr@gmail.com
Attorney for the Plaintiff Jeff T Keisacker